# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LATOYA FINLEY, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:10-cv-00532-GMN-PAL |
| vs. | ) **ORDER** |
| TAVARES SMITH, *et al.*, | ) (Mot. for Protective Order - Dkt. #18) |
| Defendants. | ) |

The court conducted a hearing on Plaintiff's Motion for Protective Order (Dkt. #18) on October 19, 2010. Denise Ridenhour appeared on behalf of the Plaintiff, and A.J. Sharp appeared on behalf of the Defendant. The court has considered the motion, Defendant's response and countermotion (Dkt. #23), and the arguments of counsel at the time of the hearing.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. Plaintiff's Motion for Protective Order (Dkt. #18) is **DENIED.**

2. Defendants's Countermotion to Compel is **GRANTED** to the extent that, counsel for the parties shall forthwith meet and confer to schedule the completion of the deposition of Plaintiffs Latoya Finley, and Tavares Smith. The depositions shall be limited to seven hours in duration per Plaintiff.

3. Any requests for relief not specifically addresses in this order is **DENIED**.

4. A status and dispute resolution conference is scheduled for **November 2, 2010 at 2:15 p.m.** The parties shall have until Friday. **October 29, 2010**, to file a joint status report which addresses any discovery disputes, the parties' respective positions concerning their disputes, and what efforts have been made to have resolved their disputes without

court intervention. If the parties have no dispute and do not require a status and dispute resolution conference, the joint status report should so state, and request that the conference be vacated.

Dated this 22${}^{nd}$ day of October, 2010.

_____
Peggy A. Leen
United States Magistrate Judge