1  A. J. SHARP
   Nevada Bar No. 11457
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
3  504 South Ninth Street
   Las Vegas, Nevada 89101
4  (702) 938-1510

5  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc. and*
6  *Defendant Wal-Mart Real*
7  *Estate Business Trust*

8                    UNITED STATES DISTRICT COURT

9                       DISTRICT OF NEVADA

10 LATOYA FINLEY and TAVARES SMITH,        Case No.: 2:10-cv-00532-RCJ-PAL

11              Plaintiffs,                 **STIPULATION AND ORDER FOR**
                                            **DISMISSAL WITH PREJUDICE**
12 v.

13 WAL-MART STORES, INC., a Nevada
   Corporation, WAL-MART REAL ESTATE
14 BUSINESS TRUST, [*a Delaware Business*
   *Trust erroneously identified as*] a Nevada
15 Business Trust, and DOES 1 through 10, and
   ROE CORPORATIONS 1 through 10,
16 inclusive,

17
                Defendants.
18

19      IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

20 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

- 1 -

1   party's own costs and attorney's fees.

2   DATED this 26 day of _September_, 2011.    DATED this 12th day of October, 2011.

3   VANNAH & VANNAH                           PHILLIPS, SPALLAS & ANGSTADT

4

5   Denise M. Ridenhour, Esq.                 A. J. Sharp, Esq.

6   400 South Fourth Street, Sixth Floor      504 South Ninth Street
    Las Vegas, NV 89101                       Las Vegas, Nevada 89101
7   _Attorneys for Plaintiffs_                _Attorneys for Defendants_
    _Latoya Finley and_                       _Wal-Mart Stores, Inc. and_
8   _Tavares Smith_                           _Wal-Mart Real Estate_
                                              _Business Trust_
9

10

11                              **ORDER**

12          PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel,

13   it is hereby:

14          ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed,

15   with prejudice, each party to bear that party's own costs and attorney's fees.

16          **DATED** this 12th day of October, 2011.

17

18                              _____

19                              Gloria M. Navarro
                                United States District Judge
20

21   Respectfully submitted by:

22   **PHILLIPS, SPALLAS & ANGSTADT, LLC**

23

24   _____

25   A. J. Sharp, Esq.
     504 South Ninth Street
26   Las Vegas, Nevada 89101
     _Attorneys for Defendants_
27   _Wal-Mart Stores, Inc. and_
     _Wal-Mart Real Estate_
28   _Business Trust_