A. J. SHARP
Nevada Bar No. 11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant
Wal-Mart Stores, Inc. and
Defendant Wal-Mart Real
Estate Business Trust*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LATOYA FINLEY and TAVARES SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., a Nevada Corporation, WAL-MART REAL ESTATE BUSINESS TRUST, [*a Delaware Business Trust erroneously identified as*] a Nevada Business Trust, and DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-00532-RCJ-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//

- 1 -

1 | party's own costs and attorney's fees.

2 | DATED this 26 day of September, 2011.     DATED this 12th day of October, 2011.

VANNAH & VANNAH                              PHILLIPS, SPALLAS & ANGSTADT

_____                  _____
Denise M. Ridenhour, Esq.                    A. J. Sharp, Esq.
400 South Fourth Street, Sixth Floor         504 South Ninth Street
Las Vegas, NV 89101                          Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*                   *Attorneys for Defendants*
*Latoya Finley and*                          *Wal-Mart Stores, Inc. and*
*Tavares Smith*                              *Wal-Mart Real Estate*
                                             *Business Trust*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

**DATED** this 12th day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

_____
A. J. Sharp, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendants*
*Wal-Mart Stores, Inc. and*
*Wal-Mart Real Estate*
*Business Trust*